# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JESSE JAMES VICKERS, IV | |
| | Case No. 1:17-CR-0117-01 |
| | USM No. 55690-056 |
| | Monica D. Cliatt, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    Gen'l, Special, Standard 7, 11, 2    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | The defendant shall not commit another federal, state or local crime. | 08/06/2018 |
| Standard #7 | The defendant shall refrain from excessive use of alcohol and | 08/06/2018 |
| | (See Page 2 for continued violations) | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8573

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:
Harrisburg, Pennsylvania

09/26/2018
Date of Imposition of Judgment

S/ Christopher C. Conner
Signature of Judge

CHRISTOPHER C. CONNER,     CHIEF JUDGE
Name and Title of Judge

09/27/2018
Date

DEFENDANT: JESSE JAMES VICKERS, IV
CASE NUMBER: 1:17-CR-0117-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard #7 (cont'd) | shall not purchase, possess, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. | |
| Standard #11 | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 08/06/2018 |
| Standard #2 | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. | 08/06/2018 |
| General | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | 08/06/2018 |
| Special | Payment of the restitution shall be due and payable in full immediately. However, if the defendnt is unable to pay in full immediately, the special assessment and restitution may be paid through the inmate Financial Responsibility Program. The Court, having considered the defendant's financial resources and ability to pay, orders that the balance still owed at the time of release shall be paid in installments of $50 per month to begin 60 days after the defendant's release from prison. | 08/06/2018 |

DEFENDANT: JESSE JAMES VICKERS, IV
CASE NUMBER: 1:17-CR-0117-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Nine (9) Months on each of Count 1 and Count 7, to be served concurrently. This term of imprisonment is intended to run consecutive to any terms of imprisonment associated with the defendant's criminal conduct pending before any state court.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that FCI Petersburg (Hopewell, VA) be designated as the place of confinement.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL